FIRST DEPARTMENT, OCTOBER, 1976

(October 5, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS GREENE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN SIMMONS, Appellant.—Judgments, Supreme Court, Bronx County, each rendered on March 20, 1975, unanimously affirmed. The sentencing court's clear statement characterizing appellants' crimes as "adult" in nature is an indication that the applications for treatment as youthful offenders were fully considered and, by implication, denied. Concur—Markewich, J. P., Murphy, Birns, Nunez and Lynch, JJ.